AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 06, 2018**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Martel Chavez-Mendoza<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:18-mj-04172-MKD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 23, 2018__ in the county of __Yakima__ in the
__Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Over 50 Grams of Actual Methamphetamine |

This criminal complaint is based on these facts:

did knowingly and intentinally distribute Over 50 Grams of Actual Methamphetamine, a Schedule II controlled substance.

☒ Continued on the attached sheet.

*Digitally signed by Phillip L. Posada*
*Date: 2018.09.06 12:19:28 -07'00'*

*Complainant's signature*

Phil Posada, Task Force Officer, DEA
*Printed name and title*

☒ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 9/6/2018

*Judge's signature*

City and state: Yakima, Washington

Mary K. Dimke, U.S. Magistrate Judge
*Printed name and title*

AUSA: BDS    YAKIMA COUNTY

## COMPLAINT ATTACHMENT

On August 23, 2018, the DEA Yakima Resident Office used a confidential informant (CS) to order one (1) kilogram of methamphetamine from Martel CHAVEZ-Mendoza. On this same date, the CS and CS vehicle were searched for money and contraband; nothing was located. The CS was then issued $5000 in DEA Official Advanced Funds (OAF) for the purchase of the methamphetamine. The CS was equipped with a recording device. Surveillance units followed the CS to 4601 Powerhouse Road #24, where the CS met with CHAVEZ-Mendoza. The CS purchased one kilogram of methamphetamine from CHAVEZ-Mendoza. The methamphetamine was field tested and a positive reaction for the presence of methamphetamine was obtained. The CS was searched again after the purchase and no contraband was located.

On September 5, 2018, agents with YRO executed a federal search warrant at 4601 Powerhouse Road #24 in Yakima, Washington. Martel CHAVEZ-Mendoza and another male were located and detained inside the residence. A search of Martel CHAVEZ-Mendoza's southeast bedroom revealed four (4) bundles of bulk United States currency hidden in the bedspring area of the bed. Three of the bundles were wrapped in black electrical tape and one had no packaging, just rubber bands. The United States currency is estimated at being in excess of $20,000.

There were three firearms located in the common areas of the residence. A Marlin 30-30 caliber rifle was located behind the couch in the living room. A Browning 7mm Magnum rifle and a Sig Sauer AR-15 style assault rifle were located inside the closet with approximately 200 rounds of ammunition for the assault rifle in an ammunition container.

Yakima Police Detective Ilifonso Garcia read Martel CHAVEZ-Mendoza his Miranda rights in Spanish from his department issued card. CHAVEZ-Mendoza stated he did not want to speak with agents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Phil Posada, Task Force Officer
Drug Enforcement Administration

*Digitally signed by Phillip L. Posada*
*Date: 2018.09.06 12:19:56 -07'00'*

SWORN TO telephonically and subscribed electronically this 6th day of September, 2018.

_____
Honorable Mary K. Dimke
United States Magistrate Judge