# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                                    Plaintiff,

    -vs-

MARTEL CHAVEZ-MENDOZA,

                                    Defendant.

Case No.        1:18-CR-2060-SAB-1

**CRIMINAL MINUTES**

**DATE:**        **FEBRUARY 26, 2020**

**LOCATION:   YAKIMA, WA**

**SENTENCING HEARING**

| Hon. Stanley A. Bastian | | | |
|---|---|---|---|
| Michelle Fox<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Frank Barcelo<br>**Interpreter** | Lynette Walters<br>**Court Reporter** |
| Benjamin Seal<br>**Government Counsel** | | Ryan Swinburnson<br>**Defense Counsel** | |
| **United States Probation Officer:**   Sean Carter | | | |

**[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Telecon**

Defendant present with counsel and in custody of the US Marshal.

Court identifies documents filed in connection with this sentencing and confirms the defendant has also had a chance to review the same.

Court addresses counsel regarding the presentence report.
    No objections to the presentence report.

B. Seal presents argument and outlines recommendations.
    Court questions counsel.
    B. Seal continues argument.

R. Swinburnson presents argument and outlines recommendations.
    Counsel reads letter from brother.

Defendant speaks to the Court.


# [ X ]  ORDER FORTHCOMING

| **CONVENED:   10:05 A.M.** | **ADJOURNED: 10:28 A.M.** | **TIME:  23 MIN.** | **CALENDARED    [  X  ]** |
|---|---|---|---|

*USA -vs- Chavez-Mendoza*                                          February 26, 2020
1:18-CR-2060-SAB-1                                                 Page 2
Sentencing Hearing

**Court outlines 3553 factors.  Court speaks to the defendant.**
**Court will sign an Order of forfeiture for guns and money.**

B. Seal informs the Court that a Notice of Administrative Forfeiture has been signed so it is already completed.

**Imprisonment:   168 months.**

**Supervised Release:   5 years.  With the standard conditions and the following special conditions:**

1. You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**SPA:  $100**

**Fine: Waived**

**Waiver of right to appeal.**